IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 24 2009
CLERK, U.S. DISTRICT COURT
By _____
     Deputy

| | |
|---|---|
| MARY A. EPPS, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:08-CV-407-A |
| | § |
| MICHAEL J. ASTRUE, | § |
| COMMISSIONER OF SOCIAL | § |
| SECURITY, | § |
| | § |
| Defendant. | § |

## ORDER

Came on for consideration the above-captioned action wherein Mary A. Epps is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits under Title II and supplemental security income benefits under Title XVI of the Social Security Act. On March 27, 2009, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until April 17, 2009, in which to file and serve objections. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge.

Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to disability insurance benefits under Title II or supplemental security income benefits under Title XVI be, and is hereby, affirmed.

SIGNED April 24, 2009.

JOHN McBRYDE
United States District Judge